**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| REGINALD JONES, #781143 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-00693-SDJ-AGD |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge in this action (the "Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 5, 2026, the Report of the Magistrate Judge, (Dkt. #67), was entered containing proposed findings of fact and recommendation that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied, that this case be dismissed with prejudice, and that a certificate of appealability be denied. Petitioner filed objections (Dkt. #69).

Petitioner reurges his arguments raised in his prior pleadings. The Court has reviewed the tendered objections, and they generally add nothing new to Petitioner's prior contentions in this case. Despite his arguments, Petitioner fails to show that the Report is in error or that he is entitled to relief. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Petitioner to the Report, the Court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and that this case is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that a certificate of appealability is **DENIED**.

**So ORDERED and SIGNED this 2nd day of November, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE